■ In the Matter of DONTIE S. MITCHELL, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [761 NYS2d 567] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered January 13, 2003, seeking review of a determination after a Tier III hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe,* 234 AD2d 996 [1996]). Present—Green, J.P., Wisner, Scudder, Kehoe and Burns, JJ.